# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ricky L. Sooter
Attorney at Law
4615 Parliament Dr., Suite 202
Alexandria LA 71309-1791

Edward E. Rundell
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71301

Randall Lee Wilmore
Gold, Weems, Bruser
P.O. Box 6118
Alexandria LA 71307-6118

Michael John O'Shee
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71307

> Judgment on rehearing rendered and mailed to all parties or counsel of record on September 30, 2020

## REHEARING ACTION: September 30, 2020

**Docket Number: 20 00015-CA consolidated with 20-14 CA & 20-16 CA & 20-17 CA**

**SALINE LAKESHORE, L.L.C.**
**VERSUS**
**ERIC MORACE AND**
**JULIE MORACE**

**Appealed from Avoyelles Parish Case No. 2016-2552**

**<u>BEFORE JUDGES</u>:**

    **Hon. Sylvia R. Cooks**
    **Hon. D. Kent Savoie**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Saline Lakeshore, L.L.C.** has this day been

    **DENIED.**

cc: Charles A. Riddle, III, Counsel for the Appellee